UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------- x
EQUAL OPPORTUNITY EMPLOYMENT :
COMMISSION, :
:
Plaintiff, :
: 15-CV-5370 (ENV) (PK)
-against- :
:
AZ METRO DISTRIBUTORS, LLC, :
:
Defendant. :
----------------------------------------------- x

VITALIANO, D.J.

# VERDICT FORM

WE, THE JURORS, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:

**A. Federal Law ADEA Claim Alleged by Plaintiff EEOC on Behalf of Claimant Archibald Roberts**

<u>Answer the following question:</u>

A(1):   Did the defendant, AZ Metro, terminate the employment of Archibald Roberts because of his age?

YES **X**    NO ___



(If your answer to Question 1 is YES, then answer Question A(2). If your answer to Question 1 is NO, proceed to Question B(1).)

A(2):   What amount will fairly compensate Archibald Roberts for wages and benefits he lost because AZ Metro terminated him?

$ 207,704.78

(Proceed to Question A(3).)

(A)3:   Did the defendant, AZ Metro, act willfully when it terminated the employment of Archibald Roberts?

YES  X     NO ___

Proceed to Question B(1).

### B. Federal Law ADEA Claim Alleged by Plaintiff EEOC on Behalf of Claimant Cesar Fernandez

Answer the following question:

B(1):   Did the defendant, AZ Metro, terminate the employment of Cesar Fernandez because of his age?

YES  X     NO ___

(If your answer to Question B(1) is YES, then answer Question B(2). If your answer to Question (B)1 is NO, return your verdict to the Court.)

B(2):  What amount will fairly compensate Cesar Fernandez for wages and benefits he lost because AZ Metro terminated him?

$ 250,288.96

(Proceed to Question B(3).)

B(3):  Did the defendant, AZ Metro, act willfully when it terminated the employment of Cesar Fernandez?

YES _X_    NO ___

Report your verdict to the Court.

Foreperson, to report your verdict to the Court, please sign and date the Verdict Sheet and announce by a note delivered to the Marshal that you have reached a verdict and are ready to return to the courtroom.

Brooklyn, New York

Juror Name: Anthony Robinson
Foreperson

Dated: 9/24/19